# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **YOUNGSTOWN STATE UNIV.,** | ) | **CASE NO. 4:06 CV 2535** |
| | ) | |
| **Plaintiffs,** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **ST. PAUL FIRE AND MARINE** | ) | **MEMORANDUM OPINION** |
| **INSURANCE COMPANY,** | ) | **AND ORDER** |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court upon Plaintiff Youngstown State University's Motion for Summary Judgment (Dkt. # 63). Also before the Court is Defendant St. Paul Fire and Marine Insurance Company's Motion for Summary Judgment. (Dkt. # 55).

Oral arguments were held on this 28th day of December, 2007 in the above-captioned matter. For the reasons stated on the record the Court:

(1) **DENIES** Plaintiff, Youngstown State University's Motion to Amend the Complaint. (Dkt. # 61);

(2) **DENIES** Plaintiff, Youngstown State University's, Motion for Partial Summary Judgment (Dkt. # 63); and

    (3) **GRANTS** Defendant, St. Paul Fire's Motion for Summary Judgment (Dkt. # 55).

See transcript of proceedings for Court's reasoning.

**IT IS SO ORDERED.**

                                        /s/ *Peter C. Economus* – **12/28/07**
                                        **PETER C. ECONOMUS**
                                        **UNITED STATES DISTRICT JUDGE**